# Third District Court of Appeal

## State of Florida

Opinion filed August 11, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1438
Lower Tribunal No. 19-3297
_____


**Guillermo Pozo,**
Appellant,

vs.

**Sunset Real Estate Partners, etc.,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Arnaldo Velez, P.A.,  and Arnaldo Velez, for appellant.

Podhurst Orseck, P.A., and Robert C. Josefsberg, for appellee.


Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  <u>See</u> Fla. R. Civ. P. 1.100(a) ("If an answer or third-party answer contains an affirmative defense and the opposing party seeks to avoid it, the opposing party **must** file a reply containing the avoidance." (emphasis added)); § 95.11(3)(p), Fla. Stat. (2020) (providing that the statute of limitations is four years for "[a]ny action not specifically provided for" in the statute); <u>Manatee Cty. v. Mandarin Dev., Inc.</u>, 301 So. 3d 372, 375–76 (Fla. 2d DCA 2020) ("Declaratory judgment actions are subject to a four-year statute of limitations." (citing § 95.11(3)(p), Fla. Stat. (2015))).